**Order entered July 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01272-CR

### SOKHAN SIM, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-82427-2013**

## ORDER

The Court **REINSTATES** the appeal.

On June 25, 2015, we denied appellant's motion to extend time to file his brief and ordered the trial court to make findings. On June 28, 2015, we received appellant's brief. Therefore, in the interest of expediting the appeal, we **VACATE** the June 25, 2015 order to the extent it requires findings.

We **ORDER** appellant's brief filed as of the date of this order.

/s/    ADA BROWN
       JUSTICE